# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
## CIVIL APPEAL STATEMENT

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: __23-10600__

**Caption:**

UNITED STATES OF AMERICA ex rel. SEAN GOSE, as Personal Representative of the Estate of DENNIE GOSE, et al., Plaintiffs/Relators

v.

NATIVE AMERICAN SERVICES CORPORATION et al.,

Defendants.

District and Division: Middle District of Florida, Tampa Division
Name of Judge: Susan C. Bucklew
Nature of Suit: Torts: False Claims Act

Date Complaint Filed: 12/15/2016
District Court Docket Number: 8:16-cv-3411-SCB-AEP
Date Notice of Appeal Filed: 2/23/2023
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a)   Caption: _____
(b)   Citation: _____
(c)   Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Jonathan K. Tycko<br>Glenn E. Chappell | TYCKO & ZAVAREEI LLP<br>2000 Pennsylvania Ave NW Suite 1010<br>Washington, DC 20006 | Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>jtycko@tzlegal.com<br>gchappell@tzlegal.com |
| | Elaine J. Stromgren | WILBANKS AND GOUINLOCK, LLP<br>One Ameris Center<br>3490 Piedmont Rd NE Suite 1010<br>Atlanta, GA 30305 | Direct Dial: (813) 425-1039<br>Firm: (404) 842-1075<br>ejs@wilbanksgouinlock.com |
| **For Appellee:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Adam P. Schwardz<br>Matthew J. Conigliaro<br>Erin J. Hoyle | CARLTON FIELDS, P.A.<br>P.O. Box 3239<br>Tampa, FL 33601-3239 | Telephone: 813.223.7000<br>Facsimile: 813.229.4133<br>E-mail: aschwartz@carltonfields.com<br>E-mail: mconigliaro@carltonfields.com<br>E-mail: ehoyle@carltonfields.com |
| | Brian R. Cummings | GREENSPOON MARDER LLP<br>401 E. Jackson Street, Suite 1825<br>Tampa, FL 33602 | Telephone: (813) 768-7020<br>Facsimile: (813) 426-8580<br>brian.cummings@gmlaw.com |
| | Matthew E. Feinberg<br>Todd M. Reinecker | PILIEROMAZZA PLLC<br>1001 G Street N.W., Suite 1100<br>Washington, DC 20001 | Telephone: (202) 857-1000<br>Facsimile: (202) 857-0200<br>mfeinberg@pilieromazza.com<br>treinecker@pilieromazza.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$ To be determined at trial |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded:<br>$_____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions:<br>☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ Preliminary   ☐ Granted |
| | | ☐ Injunction | ☐ Permanent   ☐ Denied |
| | | ☐ Other _____ | |

Based on your present knowledge:

(1)   Does this appeal involve a question of First Impression?   ☑Yes   ☐No
      What is the issue you claim is one of First Impression? After a small business owned and controlled by a socially and economically disadvantaged individual is
      awarded a government contract under the Small Business Administration's 8(a) Program, must the disadvantaged individual maintain qualifying unconditional ownership and control of the business throughout the
      duration of the contract, unless the business seeks and obtains a waiver from the Small Business Administration?

(2)   Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑Yes   ☐No

      If Yes, provide
      (a)  Case Name/Statute __31 U.S.C. § 3729 (False Claims Act)_____
      (b)  Citation ___N/A_____
      (c)  Docket Number if unreported ___N/A_____

(3)   Is there any case now pending or about to be brought before this court or any other court or administrative agency that
      (a)  Arises from substantially the same case or controversy as this appeal?   ☐Yes   ☑No
      (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐Yes   ☑No

      If Yes, provide
      (a)  Case Name ___N/A_____
      (b)  Citation ___N/A_____
      (c)  Docket Number if unreported ___N/A_____
      (d)  Court or Agency ___N/A_____

(4)   Will this appeal involve a conflict of law
      (a)  Within the Eleventh Circuit?   ☐Yes   ☑No
      (b)  Among circuits?   ☐Yes   ☑No

      If Yes, explain briefly:

      N/A

(5)   Issues proposed to be raised on appeal, including jurisdictional challenges:

      • Whether the District Court erred in ruling that the first amended complaint failed to sufficiently plead the elements of Relators' claims under the False Claims Act's false-presentment provision, 31 U.S.C. § 3729(a)(1)(A).

      • Whether the District Court erred in ruling that the first amended complaint failed to sufficiently plead the elements of Relators' claims under the False Claims Act's false-record provision, 31 U.S.C. § 3729(a)(1)(B).

      • Whether the District Court erred in ruling that the first amended complaint failed to sufficiently plead the elements of Relators' claims under the False Claims Act's conspiracy provision, 31 U.S.C. § 3729(a)(1)(C).

      • Whether the District Court abused its discretion in dismissing the first amended complaint with prejudice.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS ___15th____ DAY OF __March_____, __2023_____.

_____          _____
            Jonathan K. Tycko                                      SIGNATURE OF COUNSEL
          NAME OF COUNSEL (Print)